UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| GUILLERMO MIER, | ] |
| | ] |
| *Plaintiff*, | ] |
| | ] |
| v.. | ] CASE NO. 2:13-cv-00209-J |
| | ] |
| UNIT CORPORATION d/b/a | ] |
| UNIT DRILLING CORPORATION d/b/a | ] |
| UNIT DRILLING COMPANY d/b/a | ] |
| UNIT PETROLEUM COMPANY d/b/a | ] |
| UNIT TEXAS DRILLING COMPANY d/b/a | ] |
| UNIT TEXAS DRILLING LLC, ET AL. | ] |
| | ] |
| *Defendant.* | ] |

**NOTICE OF DISMISSAL**

COMES NOW Plaintiffs in the above captioned action and file this their Notice of Dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Plaintiff file their complaint on October 18, 2013.   The Defendants in this matter have not been served.   The Defendants in this matter have not served an answer or a motion for summary judgment.

This Notice of Dismissal is filed without prejudice for refiling.

Date:   October 24, 2013                Respectfully submitted,

                                        **BUZZARD LAW FIRM, P.C.**

                                            /ˆ s/ **ROSS D. BUSSARD**

                                        By:   _____
                                            ROSS D. BUSSARD

1

                State Bar of Texas No.   24082756
                BUZZARD LAW FIRM, P.C.
                208 N. Russell
                Pampa, Texas 79065
                E-mail: rbussard@nts-online.net
                (806) 665-7281
                FAX (806) 669-0972